United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLIED PIPE, LLC and ALLIED MANAGEMENT, INC., § § § Plaintiffs, § § VS. § EDWIN F. PAULSEN, § § Defendant. § § § | CIVIL ACTION NO. 4:21-CV-1315 |

## ORDER ON MOTION FOR REHEARING
## AND IN THE ALTERNATIVE MOTION FOR CLARIFICATION

Before the Court is a Motion for Rehearing and in the Alternative Motion for Clarification filed by Defendant Edwin F. Paulsen ("Defendant" or "Paulsen"). (Doc. No. 39). Plaintiffs Allied Management, Inc. and Allied Pipe, LLC (collectively "Plaintiffs") filed a response in opposition (Doc. No. 40), and Defendant filed a reply thereto (Doc. No. 41). Having considered the briefing and applicable law, the Court grants in part and denies in part Defendant's motion.

The Court is not persuaded that the preliminary injunction and its accompanying memorandum are ambiguous. (*See* Doc. Nos. 36, 37) Out of an abundance of caution, however, the Court grants Defendant's motion to clarify the injunction which basically requires the Defendant to abide by the terms of his contractual agreement with Plaintiffs.

Until further order by this Court, the Defendant is hereby enjoined from violating the Non-Competition Clause subject to the amended geographic restrictions set forth in the previously issued Memorandum Opinion and Order. (Doc. No. 36). Specifically, Defendant is enjoined from selling carbon pipe or owning, managing, operating, joining, controlling, or participating in the

ownership, management, operation or control of, or be employed as an officer, employer, consultant, independent contractor, stockholder, partner, or in any other capacity with any entity that is engaged in competition with Plaintiffs in the following locations: Alberta (Canada), Alabama, California, Florida, Iowa, Illinois, Indiana, Massachusetts, Michigan, Minnesota, Missouri, North Carolina, Nebraska, New York, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Wisconsin, West Virginia.

Defendant's Motion for Rehearing is denied.

Signed at Houston, Texas, this 28th day of June, 2022.

Andrew S. Hanen
United States District Judge